*United States v. Javier Antonio Cruz*

**25-CR-55-RJA-MJR**

# DEFENDANT'S EXHIBIT A

# PROVIDED SEPERATELY