*United States v. Javier Antonio Cruz*

**25-CR-55-RJA-MJR**

# DEFENDANT'S EXHIBIT B




# Incident Report

**Print Date/Time:** 03/13/2025 08:52
**Login ID:**

**North Tonawanda Police Department**
**ORI Number:** NY0310300

**Incident:** 2025-00003282

| | |
|---|---|
| **Incident Date/Time:** | 2/18/2025 8:10:02 PM |
| **Location:** | 3939 NIAGARA FALLS BLVD<br>North Tonawanda NY 14120 |
| **Phone Number:** | |
| **Report Required:** | No |
| **Prior Hazards:** | No |
| **LE Case Number:** | |

| | |
|---|---|
| **Incident Type:** | Traffic Complaint/ Investigation |
| **Venue:** | Wheatfield |
| **Source:** | 911 |
| **Priority:** | High |
| **Status:** | In Progress |
| **Nature of Call:** | wht F150 all over rd  N bound |

## Unit/Personnel

| Unit | Personnel |
|---|---|
| NT174 | 174-CINQUINO |
| NT203 | 203-Swick |
| NT222 | 222-Ward |
| NT223 | 223-Sveda |
| NT227 | 227-Rosart |
| NT228 | 228-Ramunno |
| NT229 | 229-Fox |
| | 212-Zeidan |

## Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Other | ** Non-Disclosure Subject | | | | | |
| 2 | Other | CRUZ, JAVIER ANTONIO | | | Unknown | Male | 05/20/1997 |
| 3 | Other | ** Non-Disclosure Subject | | | | | |
| 4 | Other | ** Non-Disclosure Subject | | | | | |
| 5 | Caller | ** Non-Disclosure Subject | | | | | |
| 6 | Driver | CARRANZA-CARLOS, JULIO | 3880 N FRENCH RD<br>East Amherst 14051 | | Unknown | Male | 07/30/2002 |

## Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| Plate Inquiry | Passenger Car | 2013 | Ford | F150XLT | White | SBN5541 | TX |

## Disposition(s)

| Disposition | Count | Date/Time |
|---|---|---|
| No Report | 2 | 02/18/2025 22:06 |

Page: 1 of 3

** Non-Disclosure Subject




# Incident Report

**Print Date/Time:** 03/13/2025 08:52
**Login ID:** asabo

**North Tonawanda Police Department**
**ORI Number:** NY0310300

**Unit: NT203**

| Disposition | Count | Date/Time |
|---|---|---|
| No Report | 1 | 02/19/2025 14:58 |

**Unit: NT223**

| Disposition | Count | Date/Time |
|---|---|---|
| No Report | 1 | 02/18/2025 22:06 |

**Unit: NT229**

| Disposition | Count | Date/Time |
|---|---|---|
| No Report | 1 | 02/18/2025 22:06 |

**Property**

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

# CAD Narrative

02/19/2025 : 14:57:47 jswicknt Narrative: We received a traffic complaint about a reckless white pickup truck on Niagara Falls Boulevard traveling North. The truck was reported to be "all over the road". Officer Rosart located the vehicle entering the Wal Mart Parking lot and performed a traffic stop. Five occupants were in the vehicle with limited documents and they spoke no english. CPB was contacted and they arrived on scene. CPB took over the scene for their investigation. PO Rosart issued Driver Julio Carranza-Carlos a UTT for moving from lane unsafely for a court date of 03/12/2025.
02/18/2025 : 21:39:23 jswicknt Narrative: Assist HSI
02/18/2025 : 21:27:08 nrosart Narrative: 1 UTT issued unsafe lane change.
02/18/2025 : 20:14:53 niagaracounty\ushfrrz Narrative: 227 observing
02/18/2025 : 20:13:16 niagaracounty\ushfrrz Narrative: turned into lot by Wurlitzer bldg